# United States District Court
# Northern District of Illinois

In the Matter of

Amy Ward

v.

Monsanto Company

District Judge Gary Feinerman

Case No. 17-CV-3335

Designated Magistrate Judge
Young B. Kim

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REASSIGNMENT

I recommend to the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

Amy J. St. E

**Judge Amy J. St. Eve**

Date: Thursday, May 04, 2017

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to the calendar of an individual judge of this Court in accordance with the Rules.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

Ruben Castillo

**Chief Judge Ruben Castillo**

Dated:Thursday, May 04, 2017

- IOP 13(f) - I recuse myself from this case for the following reasons:

I currently own stock in Monsanto Company, the defendant in this case.

EXCEPTIONS OR ADDITIONS: